IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **11-cv-02872-JLK**

**ELIZABETH FEDER,**

Plaintiff,

v.

**MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation,**

Defendant.

---

## ORDER ON MOTION FOR ATTORNEY FEES (Doc. 8)

---

Kane, J.

This case is before me on Plaintiff's Motion for Attorney Fees.  On a $1,001 recovery on behalf of his client under Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*., counsel invokes the FDCPA's fee shifting provision and seeks an award of $3,570 for 11.9 hours of work at a rate of $300 per hour.  I grant the Motion, but reduce the fee in accord with the following lodestar analysis:

An fee award in excess of the amount recovered for a client under the FDCPA is not unreasonable *per se* because the award is based on a remedial statute whose primary consideration is to favor a claimant's access to the courts.  In other words, a remedial statute is not limited to the collection of actual damages, but extends to the stated public policy of curtailing what Congress deems to be unfair debt collection practices.

Based on my review of the parties' briefs and the attached affidavits and other

statements, I find the reasonable hourly rate in this district for attorneys with comparable

skill and experience in FDCPA cases is $250 per hour.  Also based on this review, I find

the listing of hours expended by counsel is excessive and includes items that are purely

administrative/secretarial in nature.  The reasonably expended attorney hours expended in

this case is eight hours.  Accordingly, the reasonable attorney fee to be awarded Plaintiff

in this case is 8 x $250 ($2,000) which shall be added to the current Judgment of $1,000

plus costs.

Dated  January 30, 2012.                    **s/John L. Kane**
                                             SENIOR U.S. DISTRICT JUDGE